1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10  CHRISTOPHER REINOSO,                )     NO.  CV 13-1627-SVW (AGR)
                                        )
11                     Petitioner,      )
                                        )     JUDGMENT
12          v.                          )
                                        )
13  M.E. SPEARMAN, Warden,              )
                                        )
14                     Respondent.      )
                                        )
15  _____

16          Pursuant to the Order Accepting Findings and Recommendation of United

17  States Magistrate Judge,

18          IT IS ADJUDGED that the Petition in this matter is denied and dismissed with

19  prejudice.

20

21  DATED:  January 4, 2016        _____
                                           STEPHEN V. WILSON
22                                      United States District Judge

23
24
25
26
27
28